IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 18 cv 7047 |
| | ) | |
| v. | ) | Judge Edmond E. Chang |
| | ) | |
| City of Chicago, City of Chicago Police Officer Martin Hernandez, Star No. 112637, and Unnamed and Unknown City of Chicago Police Officers, | ) ) ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:  Cheryl L. Friedman
Emily E. Dory
Julie A. Murphy
City of Chicago Department of Law
30 N. LaSalle St., Ste. 900
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on March 11, 2019, the undersigned electronically filed with the Clerk of this Court, **PLAINTIFF'S AMENDED COMPLAINT** the service of which is being made upon you.

s/Edward M. Fox
Edward M. Fox

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2019, I filed and served the foregoing with the Clerk of the Court using the CM/ECF system.

s/Edward M Fox
Edward M. Fox

ED FOX & ASSOCIATES, Ltd.
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
efox@efox-law.com

1